Exhibit B

# Broker's Price Opinion

**AHMSI**     File # 0020942728

## Subject Property

- **Property Address:** 237 Treetop Cres
- **City:** RYE BROOK, T/O RYE    **State:** NY    **Zip:** 10573
- **Borrower:** MAYER, JANICE L
- **Owner of Public Record:** JANICE MAYER    **County:** Westchester
- **Client:** American Home Mortgage Servicing, Inc
- **Address:** 1625 S Beltline Rd, Coppell, TX 75019
- **Property Type:** [X] SFR [ ] Condo [ ] Co-op [ ] PUD [ ] 2-4 [ ] Manufactured [ ] Other    **HOA $:** 310   [ ] per year [X] per month
- **Is the subject property currently listed or has it been listed in the past 12 months?** [X] Yes [ ] No
- **Occupancy:** [X] Occupied [ ] Vacant [ ] Unknown
- **Is Current Use the Highest and Best Use?** [X] Yes [ ] No   If No, describe
- **Zoning Classification:** Residential
- **Potential Rent Amt:** 3500
- **Original List Price:** $ 454000    **Date:** 05/01/2009    **Current List Price:** $ 454000    **Date:**
- **Listing Agent:**    **Listing Agent Phone:**
- **Listing Agency/Company:** Houlihan Lawrence    **Listing Agency/Company Address:**

| | Date Listed | Date Sold | List Price | Sale Price | Comments |
|---|---|---|---|---|---|
| 1 | 05/01/2009 | | 454000 | | |
| 2 | 07/11/2002 | 11/29/2002 | 359000 | 340000 | |
| 3 | | | | | |

| Basement | Quality of Construction | Exterior Walls | Lot Size | No. Units | Other | DOM | GLA | GLA Source | Total Rms | Bdrms | Baths | Age | Condition | Parking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Average | Wood | .047 Ac | 1 | | | 1402 | Tax Recor | 5 | 2 | 1.1 | 30 | Good | |

## Comparable Sales

| | Address | Proximity | Date of Sale | Sale Price | List Price | Ratio | DOM | GLA | GLA Src | Total Rms | Bdrms | Baths | Age | Condition | Parking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 227 Tree Top Crescent | 0.01 | 3/18/2009 | 410000 | 435000 | 94.25 | 215 | 1204 | MLS | 5 | 2 | 1.1 | 30 | Good | none |
| 2 | 5 Kings Park Ln | 0.54 | 5/1/2009 | 520000 | 555000 | 93.69 | 91 | 1628 | MLS | 5 | 2 | 2.1 | 22 | Good | DG: 1.0 |
| 3 | 229 Tree Top Crescent | 0.00 | 2/9/2009 | 665000 | 685000 | 97.08 | 165 | 1808 | MLS | 7 | 3 | 2.1 | 30 | Good | AG: 1.00 |

| | Style | Exterior Walls | Lot Size | Owner | Seller Concessions | Agt/Broker Inspected? | Other |
|---|---|---|---|---|---|---|---|
| 1 | Townhouse | Wood | .038 | Owner Occ | 0 | MLS | FPL, Patio |
| 2 | Townhouse | Clapboard | .026 | Owner Occ | 0 | MLS | FPL, Patio |
| 3 | Townhouse | Wood | .073 | Owner Occ | 0 | MLS | FPL, Patio |

In column 1, check the box Most Comparable (MC) to the Subject. In column 2, 3, and 4, check the boxes indicating equal (EQ), inferior (INF), or superior (SUP).
In column 5, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| MC | EQ | INF | SUP | |
|---|---|---|---|---|
| [X] | [X] | [ ] | [ ] | Smaller in size. Comparable in location and style. Less acreage. Not REO. |
| [ ] | [ ] | [ ] | [X] | ** SEE ADDITIONAL FIELD TEXT ADDENDA ** |
| [ ] | [ ] | [ ] | [X] | Comparable in location and style. Larger in size and acreage. Not REO. |

## Competitive Listings

| | Address | Proximity | Listing Date | Original List Price | Current List Price | DOM | GLA | GLA Src | Total Rms | Bdrms | Baths | Age | Condition | Parking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 42 Greenway Ln | 0.09 | 7/24/2009 | 447126 | 447126 | 1 | 1129 | MLS | 5 | 2 | 2 | 30 | Good | none |
| 2 | 119 Brush Hollow Crescent | 0.10 | 3/17/2009 | 465000 | 465000 | 130 | 1222 | MLS | 5 | 2 | 2 | 30 | Good | none |
| 3 | 239 Tree Top Crescent | 0.00 | 10/6/2008 | 498000 | 467000 | 292 | 1098 | MLS | 5 | 2 | 2 | 30 | Good | none |

| | Style | Exterior Walls | Lot Size | Owner | Seller Concessions | Agt/Broker Inspected? | Other |
|---|---|---|---|---|---|---|---|
| 1 | Townhouse | Wood | .04 | Owner Occ | 0 | MLS | FPL, Deck |
| 2 | Townhouse | Wood | .035 | Owner Occ | 0 | MLS | Deck |
| 3 | Townhouse | Wood | .038 | Owner Occ | 0 | MLS | FPL, Patio |

| MC | EQ | INF | SUP | |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | Comparable in location, style and acreage. Smaller in size. Not REO. |
| [X] | [X] | [ ] | [ ] | ** SEE ADDITIONAL FIELD TEXT ADDENDA ** |
| [ ] | [ ] | [X] | [ ] | Smaller in size and acreage. Comparable in location and style. Not REO. |

## Neighborhood

- **Number of Competitive Listings in the Subject Property's neighborhood currently on the market:** 5    **Price Range $:** 47126 to $ 695000
- **Number of Comparable Sales in the Subject Property's neighborhood during the past 12 months:** 9    **Price Range $:** 410000 to $ 675000
- **Location:** [ ] Urban [X] Suburban [ ] Rural    **Marketing Time:** [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths
- **Property Values:** [ ] Increasing [X] Stable [ ] Declining    **New Construction:** [X] Low [ ] High
- **Demand/Supply:** [ ] Shortage [ ] In Balance [X] Over Supply
- **Probable purchaser (first time, investor, etc):** First Time Buyer    **Probable financing:** Conventional
- **Explain any functional/economic obsolescence:** See Addendum
- **Identify any positive or negative site/location influences:** See Addendum

## Repairs

| Repair Item | Estimated Cost |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL ESTIMATED COST OF RECOMMENDED REPAIRS** | **$ 0** |

## Price Opinion

- **As Is Low Value:** 425000    **Estimated Lot Value Low:** 202000    **Suggested AS IS List Price:** 455000
- **As Is High Value:** 455000    **Estimated Lot Value High:** 202000    **Interior/Exterior Repaired Value:** 425000
- **Quick Sale Value:** 399000

**Comments:** Search indicates no REOs or short sales in the current listings or 6 months in the sold listings. There was only 1 comparable sale in the past 3 months. Current market conditions, size, amenities and average square footage price were all used to determine the market value as well as the distressed value.

- **Prepared By:** Norma Frizalone    **Years of Experience:** 13    **Date Completed:** 07/26/2009
- **Company Name:** Zinsner RE    **Distance from Agent location to subject:** 4.68
- **Address:** 123 Clinton Street, White Plains, NY 10604
- **Phone:** 914-831-3136    **This report is based on the following inspection type:** [X] Exterior [ ] Interior

This is a BPO market analysis. This is not an appraisal.

# ADDITIONAL FIELD TEXT

File No 0020942728

| | |
|---|---|
| Borrower/Client | MAYER, JANICE L |
| Property Address | 237 Treetop Cres |
| City RYE BROOK, T/O RYE | County Westchester  State NY  Zip Code 10573 |
| Lender | American Home Mortgage Servicing, Inc |

**COMP 2 COMPARISON COMMENTS**
Less desirable location. Comparable in style. Younger in age. Larger in size with less acreage. No amenities. Not REO.

**LIST COMP 2 COMPARISON COMMENTS**
Closest in size. Comparable in location and style. Less acreage. Full asking price includes all furnishing and drapes. Not REO.

| | |
|---|---|
| Borrower/Client | MAYER, JANICE L |
| Property Address | 237 Treetop Cres |
| City RYE BROOK, T/O RYE | County Westchester  State NY  Zip Code 10573 |
| Lender | American Home Mortgage Servicing, Inc |

| | | | | |
|---|---|---|---|---|
| Borrower/Client | MAYER, JANICE L | | | |
| Property Address | 237 Treetop Cres | | | |
| City RYE BROOK, T/O RYE | County Westchester | State NY | Zip Code 10573 | |
| Lender | | American Home Mortgage Servicing, Inc | | |

General Text Addendum
FUNCTIONAL/ECONOMIC OBSOLESENCE: There are no functional/economic obsclescences.

NEGATIVE SITE/LOACTION INFLUENCES: Single family attached townhouse, end unit, and parklike setting. Amenities include cludbhouse, pool, tenis/paddle courts. Above average schools. There are no negative characteristics.

| | | | | |
|---|---|---|---|---|
| Borrower/Client | MAYER, JANICE L | | | |
| Property Address | 237 Treetop Cres | | | |
| City RYE BROOK, T/O RYE | County Westchester | State NY | Zip Code 10573 | |
| Lender | | American Home Mortgage Servicing, Inc | | |

SUBJECT PHOTOGRAPH ADDENDUM  File No. 0020942728

Borrower/Client: MAYER, JANICE L
Property Address: 237 Treetop Cres
City: RYE BROOK, T/O RYE   County: Westchester   State: NY   Zip Code: 10573
Lender: American Home Mortgage Servicing, Inc



FRONT OF
SUBJECT PROPERTY

REAR OF
SUBJECT PROPERTY



STREET SCENE

# ADDITIONAL PHOTOGRAPH ADDENDUM

Borrower/Client: MAYER JANICE L
Property Address: 237 Treetop Cres
City: RYE BROOK, T/O RYE  County: Westchester  State: NY  Zip Code: 10573
Lender: American Home Mortgage Servicing, Inc
File No: 0020942728

Subject: 237 TREETOP CRES
Parking Lot



Subject: 237 TREETOP CRES



Subject: 237 TREETOP CRES
Broken Railing

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. 0020942728

Borrower/Client: MAYER, JANICE L
Property Address: 237 Treetop Cres
City: RYE BROOK, T/O RYE  County: Westchester  State: NY  Zip Code: 10573
Lender: American Home Mortgage Servicing, Inc



Listing Comp 1: 42 Greenway Ln



Listing Comp 2: 119 Brush Hollow Cresce



Listing Comp 3: 239 Tree Top Crewcent

| | |
|---|---|
| Borrower/Client | MAYER,JANICE L |
| Property Address | 237 Treetop Cres |
| City | RYE BROOK, T/O RYE |
| County | Westchester |
| State | NY |
| Zip Code | 10573 |
| Lender | American Home Mortgage Servicing, Inc |



**Comparable Sale 1**
227 Tree Top rescent

Date of Sale: 3/18/2009
Sale Price: 410000
Sq. Ft.: 1204
$ / Sq. Ft.:



**Comparable Sale 2**
5 Kings Park Ln

Date of Sale: 5/1/2009
Sale Price: 520000
Sq. Ft.: 1628
$ / Sq. Ft.:



**Comparable Sale 3**
229 Tre Top Crescent

Date of Sale: 2/9/2009
Sale Price: 665000
Sq. Ft.: 1808
$ / Sq. Ft.:

## LOCATION MAP ADDENDUM

| | | | | File No. 0020942728 |
|---|---|---|---|---|
| Borrower/Client | MAYER, JANICE L | | | |
| Property Address | 237 Treetop Cres | | | |
| City | RYE BROOK, T/O RYE | County Westchester | State NY | Zip Code 10573 |
| Lender | | American Home Mortgage Servicing, Inc | | |



This document was generated on: 7/28/2009 4:39:50 PM